# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*ROBERT CARRASCO GAMEZ, JR.*   v.   *CHARLES L. RYAN, Director at*
*Arizona Department of Corrections*

THE HONORABLE JOHN W. SEDWICK             CASE NO. 2:10-cv-02663-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date: February 6, 2012

At docket 27, plaintiff moved to amend his complaint to add a claim against Dr. Kendall. The matter has been considered by the magistrate judge who filed a report at docket 35 recommending that the motion be denied. No objections have been filed. In a matter such as this, the district judge reviews the magistrate judge's recommended conclusions of law and recommended findings of fact as to which an objection is made *de novo*; other recommended findings of fact are reviewed for clear error. Applying that standard of review, this court has determined that the recommendations from the magistrate judge is correct in all material respects and hereby adopts them. The motion at docket 27 is **DENIED**.